**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Northern District of Illinois**

Case number *(If known):* _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Illinois Sports Gaming, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | USA Sports Gaming, LLC<br>Indiana Sports Gaming, LLC<br>Bet Chicago<br>Bet Indiana |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 82-4571136 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1200 Harger Road | PO Box 1744 |
| Number     Street | Number     Street |
| Suite 325 | |
| | P.O. Box |
| Oak Brook     IL     60523 | Dayton     TX     77535 |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| DuPage County | |
| County | Number     Street |
| | |
| | City     State     ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

| Debtor | Illinois Sports Gaming, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

7132

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____  When _____  Case number _____
                                                MM / DD / YYYY
            District _____  When _____  Case number _____
                                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____  Relationship _____
           District _____  When _____
                                                 MM / DD / YYYY
           Case number, if known _____

| Debtor | Illinois Sports Gaming,  LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor    Illinois Sports Gaming, LLC
_____    Case number (if known)_____
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/31/2023
MM  / DD / YYYY

✖ /s/ Marcus Goering
Signature of authorized representative of debtor

Marcus Goering
Printed name

Title  Managing Member

**18. Signature of attorney**

✖ /s/ Carleen Cignetto
Signature of attorney for debtor

Date  03/31/2023
MM  / DD / YYYY

Carleen Cignetto
Printed name

Johnson Legal Group
Firm name

140 S. Dearborn St. Ste. 1510
Number      Street

Chicago
City

IL
State

60603
ZIP Code

3123451306
Contact phone

ccignetto@jnlegal.net
Email address

6192783
Bar number

IL
State

**Fill in this information to identify the case:**

Debtor name _____Illinois Sports Gaming,  LLC_____

United States Bankruptcy Court for the: ___Northern District of Illinois___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................... $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................. $ _____5.51

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................. $ _____5.51

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................ $ _____0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................... $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................... +$ __10,032,023.49

4. **Total liabilities**...................................................................
   Lines 2 + 3a + 3b                                                          $ __10,032,023.49

**Fill in this information to identify the case:**

Debtor name ____Illinois Sports Gaming, LLC____

United States Bankruptcy Court for the: ____Northern District of Illinois____

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Pacific West Checking | Checking | 8  5  5  0 | $ 5.51 |
| 3.2. Pacific West Checking | Checking | 8  8  8  2 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 5.51

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. _____ | $_____ |
| 7.2. _____ | $_____ |

Debtor _____   Case number *(if known)* _____
      Illinois Sports Gaming,  LLC
      Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........➜   $_____
                     face amount        doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ........➜   $_____
                     face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:           % of ownership:

15.1 Indiana Sports Gaming, LLC _____   100 ____%   _____   $ Unknown

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $ 0.00

Debtor  Illinois Sports Gaming,  LLC
_____        Case number (if known)_____
Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies**<br>_____ | _____<br>MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

Debtor  Illinois Sports Gaming,  LLC
_____   Case number (if known)_____
Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Illinois Sports Gaming,  LLC _____ Case number (if known)_____
Name

| Part 8: | Machinery, equipment, and vehicles |

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor ___Illinois Sports Gaming, LLC_____    Case number (if known)_____
       Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | $_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>www.betiniana.com, www.betindiananews.com, www.usasportsgam | $_____ | | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>Good will | $_____ | | Unknown<br>$_____ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.    | $ 0.00 |

---

Debtor  Illinois Sports Gaming, LLC
_____    Case number _(if known)_____
     Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜  $_____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____
_____    Tax year _____  $_____
_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  _Examples:_ Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Illinois Sports Gaming, LLC
Name

Case number *(if known)*_____

---

| **Part 12:** | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ............................... ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 5.51 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. 5.51 ............................................................................................  $ 5.51

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Illinois Sports Gaming,  LLC |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (If known): | |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account number   _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

_____

Describe debtor's property that is subject to a lien

$_____     $_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred   _____
Last 4 digits of account number   _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$_____     $_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

| **Fill in this information to identify the case:** |
|---|

| Debtor | Illinois Sports Gaming,  LLC |
|---|---|
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Illinois Department of Revenue<br>Bankruptcy Unit<br>PO Box 19035<br>Springfield, IL, 62794-9035<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___1136___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $ _____ |
| **2.2** | **Priority creditor's name and mailing address**<br>Indiana Department of Revenue<br>100 N. Senate Ave<br>Indianapolis, IN, 46201<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___1136___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $ _____ |
| **2.3** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA, 19101-7346<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___1136___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $ _____ |

Debtor    Illinois Sports Gaming, LLc    Case number (if known)
         Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**
Aaron Massey
451 W Wrightwood
Unit 1208
Chicago, IL, 60614

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,019.22

---

**3.2**  **Nonpriority creditor's name and mailing address**
Aronberg Goldgehn
330 North Wabash Ave
Suite 1700
Chicago, IL, 60611

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 80,245.68

---

**3.3**  **Nonpriority creditor's name and mailing address**
Arthur P O'Hara Furniture Rental
2801 Centre Circle
Downers Grove, IL, 60515

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,692.00

---

**3.4**  **Nonpriority creditor's name and mailing address**
Bob Dittrich
305 South Stewart Avenue
Lombard, IL, 60148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 225,266.99

---

**3.5**  **Nonpriority creditor's name and mailing address**
Bose McKinney
111 Monument Circle
Suite 2700
Indianapolis, IN, 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 113,480.00

---

**3.6**  **Nonpriority creditor's name and mailing address**
Brett Miller
620 South Thurlow
Hinsdale, IL, 60521

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 108,000.00

---

Debtor   Illinois Sports Gaming, LLC _____   Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Brian Reagan
1N046 Linar Dr

Elburn, IL, 60119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**$ 2,134,677.41**

Date or dates debt was incurred   01/31/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

**3.8** **Nonpriority creditor's name and mailing address**

Brian Shortall
1201 South Prairie Ave
Apt 5250
Chicago, IL, 60605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 299,102.55**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

**3.9** **Nonpriority creditor's name and mailing address**

Brookfield Properties
350 N Orleans Street
Suite 300
Chicago, IL, 60644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 10,079.04**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

**3.10** **Nonpriority creditor's name and mailing address**

Brownstein Hyatt
410 Seventeenth Street
Suite 2200
Denver, CO, 80202-4432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 8,932.88**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

---

**3.11** **Nonpriority creditor's name and mailing address**

Charles Gatto
649 Courtland Circle
Western Springs, IL, 60558

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**$ 95,000.00**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   _____

Debtor    Illinois Sports Gaming, LLC _____    Case number _(if known)_ _____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 12    **Nonpriority creditor's name and mailing address**

Chicago District Golf Association
11855 Archer Ave
Lemont, IL, 60439

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 38,500.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    _____

---

**3.** 13    **Nonpriority creditor's name and mailing address**

ChiNetworks
200 W. Madison St.,
Suite 800
Chicago, IL, 60606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199,907.18

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    _____

---

**3.** 14    **Nonpriority creditor's name and mailing address**

Claire Watts
1402 W. Downer Place
Aurora, IL, 60506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 880,000.00

**Basis for the claim:**

Date or dates debt was incurred    06/19/2019

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    _____

---

**3.** 15    **Nonpriority creditor's name and mailing address**

Dan Seiton
1229 Navy Court
Batavia, IL, 60510

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,220.01

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    _____

---

**3.** 16    **Nonpriority creditor's name and mailing address**

Danielle Parsons
379 Oakmont Dr
Cary, IL, 60013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26,898.75

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    _____

Debtor  Illinois Sports Gaming, LLC                                    Case number *(if known)*_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** **Nonpriority creditor's name and mailing address**

Dentons US LLP
233 South Wacker
Suite 5900
Chicago, IL, 60606-6361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 89,829.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

Derrick Watts (Lightbridge, LLC)
50 Le Grande
Aurora, IL, 60506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 259,700.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

Emmis (ESPN 1070)
301 W. Wisconsin Ave
Suite 200
Milwaukee, WI, 53203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 28,799.92

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

Frank Ignatius
10175 East Cochise Dr
Scottsdale, AZ, 85258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 200,466.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

Good Karma (ESPN 1000)
301 W Wisconsin Ave
Suite 200
Milwaukee, WI, 53203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 32,990.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Illinois Sports Gaming, LLC_____  Case number _(if known)_____
           Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.22** Nonpriority creditor's name and mailing address

Jeff Heimerdinger
43W830 Willow Creek Drive
Elburn, IL, 60119

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 149,854.84

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.23** Nonpriority creditor's name and mailing address

Joe Rodgers
3821 N. Lakewood
Apt 1
Chicago, IL, 60613

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,124.99

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.24** Nonpriority creditor's name and mailing address

John P Bryan
17F Ashe Road
Sugar Grove, IL, 60554

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,188,500.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.25** Nonpriority creditor's name and mailing address

Kelly Hanson
288 Bluegrass Parkway
Oswego, IL, 60543

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,359.93

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.26** Nonpriority creditor's name and mailing address

Ken Reimer
2458 Kane Lane
Batavia, IL, 60510

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,332,000.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    Illinois Sports Gaming, LLC
          Name

                                                                    Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.27**  Nonpriority creditor's name and mailing address

Leonard and Hardwick
1490 S County Farm Road
Wheaton, IL, 60189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 250,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.28**  Nonpriority creditor's name and mailing address

Luke F Botica (Deceased)
c/o Mary Botica
14320 S. 87th Street
Orland Park, IL, 60462

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 90,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.29**  Nonpriority creditor's name and mailing address

Marcus DiNitto
4820 Murrayhill Rd
Charlotte, NC, 28209

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,826.91

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.30**  Nonpriority creditor's name and mailing address

Marcus Goering
5 Golf Links Court
Humble, TX, 77339

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 125,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.31**  Nonpriority creditor's name and mailing address

Mike Mayhew
2267 Foxboro Lane
Naperville, IL, 60564

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 42,215.38

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____
     Illinois Sports Gaming, LLC
    Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32    **Nonpriority creditor's name and mailing address**

Mike Russ
9 Windwood Drive
Sugar Grove, IL, 60554

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 236,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 33    **Nonpriority creditor's name and mailing address**

Mr.  Behymer(LIghtbridge,LLC)
24652 Coachford Court
Shorewood, IL, 60404

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 34    **Nonpriority creditor's name and mailing address**

Nicholas Haverstock
5816 E Hillcrest Dr
Milltown, IN, 47145

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,019.22

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 35    **Nonpriority creditor's name and mailing address**

Nick Bretwisch
900 S Clark St
Unit 1514
Chicago, IL, 60605

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,846.13

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 36    **Nonpriority creditor's name and mailing address**

Nicki Seiton
830 Myers Road
Sugar Grove, IL, 60554

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,499.98

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

Debtor  Illinois Sports Gaming, LLC
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

---

**3. 37**  **Nonpriority creditor's name and mailing address**

Optimove
217 West 21st St
Floor 2
New York, NY, 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 57,281.60

---

**3. 38**  **Nonpriority creditor's name and mailing address**

RiseTime
700 Commerce Drive,
Suite 500
Oak Brook, IL, 60523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 140,632.09

---

**3. 39**  **Nonpriority creditor's name and mailing address**

RPM Advertising
222 S Morgan
Suite 100
Chicago, IL, 60607-3094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 254,631.80

---

**3. 40**  **Nonpriority creditor's name and mailing address**

Russ Woerman
88 N Dugan Road
Unit F
Batavia, IL, 60510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28,000.00

---

**3. 41**  **Nonpriority creditor's name and mailing address**

Sportradar
150 S Fifth Street
Minneapolis, MN, 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,000.00

---

Debtor ___Illinois Sports Gaming, LLC_____   Case number *(if known)*_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 42   **Nonpriority creditor's name and mailing address**

Taylor Uhe
312 4th St
Springfield, IL, 62701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 26,000.00

---

**3.** 43   **Nonpriority creditor's name and mailing address**

Tony Kaporis
2339 Castilian Circle
Northbrook, IL, 60062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 4,423.07

---

**3.** 44   **Nonpriority creditor's name and mailing address**

US Bookmaking (BDO USA)
Attn:  Ralph Piercy
6100 Elton Ave
Las Vegas, NV, 89107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 125,000.00

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ _____

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. ﹢ | $ 10,032,023.49 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 10,032,023.49 |

**Fill in this information to identify the case:**

Debtor name ___Illinois Sports Gaming,  LLC___

United States Bankruptcy Court for the: ___Northern District of Illinois___

Case number (If known): _____    Chapter __7__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Market access agreement with Debtor for the purpose of operating a sportsbook in the State of Indiana | HardRock Casino f/k/a The Majestic Star Casino, LLC One Buffington Harbor Dr Gary, IN, 46406 |
| | State the term remaining | 10 years | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Managed Trading Services agreement | Sportradar Solutions, LLC 150 South Fifth Street Minneapolis, MN, 55402 |
| | State the term remaining | 3 years | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Illinois Sports Gaming, LLC__

United States Bankruptcy Court for the: __Northern District of Illinois__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Frank Ignatius | Frank Ignatius<br>10175 East Cochise Dr<br>Scottsdale, AZ 85258 | Brian Reagan | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _____Illinois Sports Gaming,  LLC_____

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): _____

☑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From ___ MM / DD / YYYY ___ to ___ Filing date | ☐ Operating a business<br>☐ Other | $_____ |
| **For prior year:** From ___ MM / DD / YYYY ___ to ___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |
| **For the year before that:** From ___ MM / DD / YYYY ___ to ___ MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From ___ MM / DD / YYYY ___ to ___ Filing date | _____ | $_____ |
| **For prior year:** From ___ MM / DD / YYYY ___ to ___ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** From ___ MM / DD / YYYY ___ to ___ MM / DD / YYYY | _____ | $_____ |

| Debtor | Illinois Sports Gaming, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>_____<br><br>_____<br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br>_____<br><br>_____<br><br>**Relationship to debtor**<br>_____ | _____ | $_____ | |

| Debtor | Illinois Sports Gaming,  LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Risetime, Inc vs Illinois Sports Gaming, LLC and USA Sports Gaming, LLC | Breach of Contract | Circuit Court of Cook County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |
| | 2021 L 6209 | | | |
| 7.2. | **Case title** Brian Regan vs. USA Sports Gaming, LLC and Frank Ignatius | | Circuit Court of Cook County | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** | Breach of Contract Judgment en | | |
| | 2021 L 006670 | | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Illinois Sports Gaming,  LLC

_____    Case number (*if known*)_____
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:    Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **4**

| Debtor | Illinois Sports Gaming,  LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Johnson Legal Group, LLC | | 10/2022 | $ 20,000.00 |
| | **Address** | | | |
| | 140 S Dearborn St. Suite 1510 Chicago, IL 60603 | | | |
| | **Email or website address** ccignetto@jnlegal.net | | | |
| | **Who made the payment, if not debtor?** BetACC, LLC | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

| Debtor | Illinois Sports Gaming, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Derrick Watts | Cash | 09/22/2021 | $ 137,500.00 |
| | **Address**<br>Lightbridge LLC<br>50 Le Grande<br>Aurora, IL 60506 | | | |
| | **Relationship to debtor**<br>Creditor | | | |
| 13.2. | Who received transfer?<br>Brian Shortall | Cash | 12/01/2021 | $ 45,000.00 |
| | **Address**<br>1201 South Prairie Ave<br>Apt 5250<br>Chicago, IL 60605 | | | |
| | **Relationship to debtor**<br>former employee | | | |

---

**Part 7:** **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | Illinois Sports Gaming,  LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br><br> ☐ Electronically <br> ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br><br> ☐ Electronically <br> ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor      Illinois Sports Gaming,  LLC
            _____     Case number *(if known)*_____
            Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Pacific West Checking <br> Name | XXXX– 8874 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 06/01/2022 | $ 0.00 |
| 18.2. | Pacific West Checking <br> Name | XXXX– 8866 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 06/01/2022 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Address | | | ☐ No <br> ☐ Yes |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Illinois Sports Gaming,  LLC | Case number *(if known)* |
|--------|------------------------------|--------------------------|
| | Name | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| | | | $_____ |
| Name | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|----------------|
| | | | _____ |
| Name | Name | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Illinois Sports Gaming, LLC | Case number (if known) |
|--------|------------------------------|-------------------------|
|        | Name                         |                         |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|------------------------|-------------------------------------|------------------------------|----------------|
| Name | Name | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|----|----------------------------|--------------------------------------|----------------------------------------------------------------------------------|
| 25.1. | Indiana Sports Gaming, LLC<br>Name<br>2700 Market Tower<br>10 W Market street<br>Indianapolis, IN 46204 | Gambling | EIN: 82-4571136<br>**Dates business existed**<br>From _____  To _____ |
| 25.2. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |

---

Debtor    Illinois Sports Gaming,  LLC
_____
Name

Case number (*if known*)_____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. DNH Business Consultants, Attn: Rich Brummett, CPA <br> Name <br> 7500 S. County Line Road, Burr Ridge, IL 60527 | From 01/01/2018 <br><br> To _____ |
| 26a.2. Name | From _____ <br><br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Name | From _____ <br><br> To _____ |
| 26b.2. Name | From _____ <br><br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Marcus Goering <br> Name | |

---

Debtor    Illinois Sports Gaming,  LLC _____    Case number (if known)_____
_____Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    Illinois Sports Gaming,  LLC
_____    Case number *(if known)*_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ <br> Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frank Ignatius | 2319 Orr Court, North Aurora, IL 60542 | | 5.0 |
| BETACC, LLC | PO Box 1744, Dayton, TX 77535 | | 48.8251 |
| John P Bryan | 17F Ashe Road, Sugar Grove, IL 60554 | | 4.00 |
| Bill Buchar | 1866 Pampas Circle, Bolingbrook, IL 60490 | | 2.30 |
| Marcus Goering | 5 Golf Links Court, Kingwood, TX 77339 | | 0.5 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Illinois Sports Gaming,  LLC
       Name

Case number (if known)_____

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | Name | | |
| | | | |
| | Relationship to debtor | | |
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/31/2023
       MM  / DD  / YYYY

✖ /s/ Marcus Goering_____          Printed name  Marcus Goering_____

Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing Member_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name  Illinois Sports Gaming, LLC _____   Case number (*if known*)_____

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**Baker & Seiton vs. Illinois Gaming, LLC, Frank Ignatius, Jeff Heimerdiner and Brian Shortfall**

**2021 L 1035**

**Breach of Contract**

**Circuit Court of Cook County**

**Pending**

**-------**


**13) Transfers not already listed on this statement**

**Transferee: Robert Dittrich**


**Date of Transfer: 07/01/2021**

**Description: Cash**

**Value: $25,000.00**

**---**

**Transferee: Frank Ignatius**

**10175 East Cochise Drive, Scottsdale, AZ 85258**

**Date of Transfer: 12/01/2021**

**Description: www.betchicago.com, www.betchicagonews.com**

**Value: $5,000.00**

**---**

**Transferee: Jeff Heiimerdinger**


**Date of Transfer: 06/04/2021**

**Description: Cash**

**Value: $12,108.53**

**---**

**Transferee: SzaboWilkins Media, LLC**

**120 Broadway, New York, NY 10271**

**Date of Transfer: 12/01/2021**

**Description: Cash**

Debtor Name    Illinois Sports Gaming,  LLC _____

Case number (*if known*)_____

## Continuation Sheet for Official Form 207

**Value: $250,000.00**

**---**

**Transferee: Danielle Parsons**

**Date of Transfer: 04/01/2021**

**Description: Cash**

**Value: $23,113.80**

**---**

**Transferee: SS Sampliner**

**Date of Transfer: 07/23/2021**

**Description: Cash**

**Value: $21,274.80**

**---**

**18) Closed financial accounts**

| | | |
|---|---|---|
| **Pacific West Checking** | **,** | **$0.00** |
| **Pacific West Checking** | **,** | **$0.00** |

**28) Additional people in control of the debtor at the time of the filing of this case**

| | |
|---|---|
| **Ken Reimer** | **2458 Kane Ln, Batavia, IL 60510** |

**Statement of Financial Affairs for Non-Individuals**

### United States Bankruptcy Court

IN RE:

Illinois Sports Gaming, LLC

Case No._____

Chapter    7 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| L&E LLC<br>PO Box 110<br>Montgomery, IL 60538 | 3.00 | Other (LLC Member) |
| Rob Warren<br>5519 Pahl Road<br>Middleton, WI 53562 | 0.05 | Other (LLC member) |
| Mike Russ<br>10 Maple Ridge Lane<br>Yorkville, IL 60560 | 3.75 | Other (LLC member) |
| Frank Ignatius<br>10175 East Cochise D<br>Scottsdale AZ 85258 | 5.0 | Managing member |
| BETACC, LLC<br>PO Box 1744<br>Dayton, TX 77535 | 48.8251 | Managing member |
| John P Bryan<br>17F Ashe Road<br>Sugar Grove, IL 60554 | 4.00 | Other (LLC Member) |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

Illinois Sports Gaming,  LLC
_____ Chapter _____7_____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Blind Acorn Entertainment Group, LLC<br>759 John Street Suite A<br>Yorkville, IL 60560 | 1.00 | Other (LLC member) |
| Michael Behymer<br>24652 Coachford Court<br>Shorewood, IL 60404 | .050 | Other (LLC member) |
| Wanna Bet LLC<br>23928 Hunt Club Court<br>Naperville, IL 60564 | 1.00 | Other (LLC member) |
| Let It Ride LLC<br>7 Heather Court<br>Bolingbrook, IL 60490 | 2.875 | Other (LLC member) |
| Cathy Subber<br>4740 Clearwater Lane<br>Naperville, IL 60564 | 0.25 | Other (LLC member) |
| Bill Buchar<br>1866 Pampas Circle<br>Bolingbrook, IL 60490 | 2.30 | Other (LLC Member) |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

Illinois Sports Gaming,  LLC
_____ Chapter  7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Jason Aloiso<br>108 Kees Lane<br>Sandwich, IL 60548 | 0.125 | Other (LLC member) |
| Marcus Goering<br>5 Golf Links Ct<br>Kingwood, TX 77339 | 0.5 | Other (LLC member) |
| Lloyd Tressel<br>13316 Grill Dr<br>Plainfield, IL 60585 | 0.25 | Other (LLC Member) |
| Josh Sellers<br>820 Wood Wind Road<br>Naperville, IL 60563 | 0.25 | Other (LLC Member) |
| Diane Creel<br>c/o Joe Quiroz<br>39442 Checker Ct<br>Murrieta, CA 92024 | 1.25 | Other (LLC Member) |
| John Anderson<br>2327 Orr Court<br>North Aurora, IL 60542 | 0.175 | Other (LLC Member) |

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

Illinois Sports Gaming,  LLC
_____  Chapter  _____7_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Modesto Procopos 49 Sugar Lane Sugar Grove, IL 60554 | 0.50 | Other (LLC Member) |
| John Cook 23928 Hunt Club Court Naperville, IL 60564 | 0.50 | Other (LLC Member) |
| Richard Fitzgerald 1051 Candlewood Downers Grove, IL 60515 | 0.02 | Other (LLC Member) |
| Goodwin Family Truste 2747 W Grayrock Dr Springfield, MO 65810 | 0.25 | Other (LLC Member) |
| Eugene Joynt 1310 Coral Berry CT Yorkville, IL 60560 | 1.00 | Other (LLC Member) |
| Tim Weber 305 Lakeview Drive Aurora, IL 60506 | 0.10 | Other (LLC Member) |

**United States Bankruptcy Court**

IN RE:                                                                    Case No._____

Illinois Sports Gaming, LLC
_____ Chapter    7    _____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Brian Shortall 1201 South Prairie Ave Apt 5205 Chicago, IL 60605 | 5.00 | Other (LLC Member) |
| Suzanne Friel 6178 St Joseph Dr Independence, OH 44131 | 0.14 | Other (LLC Member) |
| Micah Tameling 27W240 Hoy Road Warrenville, IL 60555 | 1.00 | Other (LLC Membership) |
| Andy Leonard 1490 S County Farm Road Wheaton, IL 60189 | 0.75 | Other (LLC Member) |
| Mag Business LL C Russ Workman 346 Lake Street Aurora, IL 60506 | 0.50 | Other (LLC Member) |
| William Bell 9301 Moss Haven Dr Dallas, TX 75231 | 0.50 | Other (LLC Member) |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

Illinois Sports Gaming,  LLC
_____ Chapter  7

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Chris Youngren<br>218 Glenview Ave<br>Elmhurst, IL 60126 | 0.50 | Other (LLC Member) |
| Greg Poulos<br>7573 Ogden Woods Road<br>New Albany, OH 43054 | 0.50 | Other (LLC Member) |
| Scott Slosvig<br>44 Willow Hill Road<br>Saint Louis, MO 63124 | 050 | Other (LLC Member) |
| Clayton Harris<br>5622 S Prairie Ave<br>Chicago, IL 60637 | 0.04 | Other (LLC Member) |
| Bob Dittrich<br>305 S Stewart Ave<br>Lombard, IL 60148 | 1.25 | Other (LLC Member) |
| Hochenpude LLC<br>Pat Tharppe 5400 Gardenia Court<br>West Lafayette, IN 47906 | 1.00 | Other (LLC Member) |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

Illinois Sports Gaming, LLC
_____ Chapter  7  _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Tim Kincaid<br>920 Pleasant Ridge Court, Lafayette, IN 47904 | 0.50 | Other (LLC Member) |
| Derrick Watts<br>50 Le Grande, Aurora, IL 60506 | 4.00 | Other (LLC Member) |
| Jeff Heimerdinger<br>43W930 Willow Creek Drive<br>Elburn, IL 60119 | 3.00 | |
| Marcus DiNitto<br>4820 Murrayhill Road<br>Charlotte, NC 28209 | 0.25 | Other (LLC Member) |
| Luke Botica<br>14320 S 87th Street<br>Orland Park, IL 60462 | 4.50 | Other (LLC Member) |
| Mike Bryan<br>41W590 Bowgren Drive<br>Elburn, IL 60119 | 0.50 | Other (LLC Member) |

**United States Bankruptcy Court**

IN RE:                                                    Case No._____

Illinois Sports Gaming,  LLC
_____  Chapter  7

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Pennywise Group LLC<br>Lamar Berry 3049 Marble Crest Drive<br>Land O Lakes, FL 34638 | 0.6199 | Other (LLC Member) |

**Fill in this information to identify the case and this filing:**

Debtor Name _Illinois Sports Gaming,  LLC_

United States Bankruptcy Court for the: _Northern District of Illinois_

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/31/2023_          ✖ /s/ Marcus Goering
          MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                      Marcus Goering
                                      Printed name

                                      Managing Member
                                      Position or relationship to debtor

United States Bankruptcy Court

Northern District of Illinois

In re:  Illinois Sports Gaming,  LLC

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____03/31/2023_____

/s/ Marcus Goering
_____
Signature of Individual signing on behalf of debtor

Managing Member
_____
Position or relationship to debtor

Aaron Massey
451 W Wrightwood
Unit  1208
Chicago, IL 60614

Aronberg Goldgehn
330 North Wabash Ave
Suite 1700
Chicago, IL 60611

Arthur P O'Hara Furniture Rental
2801 Centre Circle
Downers Grove, IL 60515

Baker and Seiton

BETACC, LLC
PO Box 1744
Dayton
TX 77535

Bill Buchar
1866 Pampas Circle
Bolingbrook
IL 60490

Bob Dittrich
305 South Stewart Avenue
Lombard, IL 60148

Bose McKinney
111 Monument Circle
Suite 2700
Indianapolis, IN 46204

Brett Miller
620 South Thurlow
Hinsdale, IL 60521

Brian Reagan
1N046 Linar Dr
Elburn, IL 60119

Brian Regan

Brian Shortall
1201 South Prairie Ave
Apt 5250
Chicago, IL 60605

Brookfield Properties
350 N Orleans Street
Suite 300
Chicago, IL 60644

Brownstein Hyatt
410 Seventeenth Street
Suite 2200
Denver, CO 80202-4432

Charles Gatto
649 Courtland Circle
Western Springs, IL 60558

Chicago District Golf Association
11855 Archer Ave
Lemont, IL 60439

ChiNetworks
200 W. Madison St.,
Suite 800
Chicago, IL 60606

Claire Watts
1402 W. Downer Place
Aurora, IL 60506

Dan Seiton
1229 Navy Court
Batavia, IL 60510

Danielle Parsons
379 Oakmont Dr
Cary, IL 60013

Dentons US LLP
233 South Wacker
Suite 5900
Chicago, IL 60606-6361

Derrick Watts (Lightbridge, LLC)
50 Le Grande
Aurora, IL 60506

Emmis (ESPN 1070)
301 W. Wisconsin Ave
Suite 200
Milwaukee, WI 53203

Frank Ignatius
10175 East Cochise Dr
Scottsdale, AZ 85258

Frank Ignatius
2319 Orr Court
North Aurora
IL 60542

Good Karma (ESPN 1000)
301 W Wisconsin Ave
Suite 200
Milwaukee, WI 53203

HardRock Casino f/k/a The Majestic Star Casin
One Buffington Harbor Dr
Gary, IN 46406

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Indiana Department of Revenue
100 N. Senate Ave
Indianapolis, IN 46201

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jeff Heimerdinger
43W830 Willow Creek Drive
Elburn, IL 60119

Joe Rodgers
3821 N. Lakewood
Apt 1
Chicago, IL 60613

John P Bryan
17F Ashe Road
Sugar Grove, IL 60554

John P Bryan
17F Ashe Road
Sugar Grove
IL 60554

Kelly Hanson
288 Bluegrass Parkway
Oswego, IL 60543

Ken Reimer
2458 Kane Lane
Batavia, IL 60510

Leonard and Hardwick
1490 S County Farm Road
Wheaton, IL 60189

Luke F Botica (Deceased)
c/o Mary Botica
14320 S.  87th Street
Orland Park, IL 60462

Marcus DiNitto
4820 Murrayhill Rd
Charlotte, NC 28209

Marcus Goering
5 Golf Links Court
Humble, TX 77339

Mike Mayhew
2267 Foxboro Lane
Naperville, IL 60564

Mike Russ
9 Windwood Drive
Sugar Grove, IL 60554

Mr.  Behymer(LIghtbridge,LLC)
24652 Coachford Court
Shorewood, IL 60404

Nicholas Haverstock
5816 E Hillcrest Dr
Milltown, IN 47145

Nick Bretwisch
900 S Clark St
Unit 1514
Chicago, IL 60605

Nicki Seiton
830 Myers Road
Sugar Grove, IL 60554

Optimove
217 West 21st St
Floor 2
New York, NY 10011

RiseTime
700 Commerce Drive,
Suite 500
Oak Brook, IL 60523

Risetime, Inc
700 Commerce Drive,
Suite 500
Oak Brook, IL 60523

RPM Advertising
222 S Morgan
Suite 100
Chicago, IL 60607-3094

Russ Woerman
88 N Dugan Road
Unit F
Batavia, IL 60510

Sportradar
150 S Fifth Street
Minneapolis, MN 55402

Sportradar Solutions, LLC
150 South Fifth Street
Minneapolis, MN 55402

Taylor Uhe
312 4th St
Springfield, IL 62701

Tony Kaporis
2339 Castilian Circle
Northbrook, IL 60062

US Bookmaking (BDO USA)
Attn:  Ralph Piercy
6100 Elton Ave
Las Vegas, NV 89107

**Fill in this information to identify the case and this filing:**

Debtor Name ___Illinois Sports Gaming, LLC___

United States Bankruptcy Court for the: ___Northern District of Illinois___

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/31/2023___　　**✗** _____
　　　　MM / DD / YYYY　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　Marcus Groeling
　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　Manager
　　　　　　　　　　　　　　Position or relationship to debtor

United States Bankruptcy Court

Northern District of Illinois

In re:  Illinois Sports Gaming,  LLC

Case No.

Chapter   7

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03|23| 2023

_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor

| Debtor | Illinois Sports Gaming, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/23/2023
MM / DD / YYYY

✗ _[signature]_

Signature of authorized representative of debtor

Title  Managing Member

Marcus Goering

Printed name

**18. Signature of attorney**

✗ _____

Signature of attorney for debtor

Date _____
MM / DD / YYYY

Carleen Cignetto
Printed name

Johnson Legal Group
Firm name

140 S. Dearborn St. Ste. 1510
Number    Street

Chicago
City

IL
State

60603
ZIP Code

3123451306
Contact phone

ccignetto@jnlegal.net
Email address

6192783
Bar number

IL
State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern District of Illinois

**In re** Illinois Sports Gaming, LLC

Case No. _____

**Debtor**

Chapter <sup>7</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the
    above named debtor(s) and that compensation paid to me within one year before the filing of the
    petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of
    the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 20,000.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 20,000.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

[ ] RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    [ ] Debtor          [✔] Other (specify) BetACC, LLC

3.  The source of compensation to be paid to me is:

    [✔] Debtor          [ ] Other (specify)

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they
    are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who
    are not members or associates of my law firm. A copy of the Agreement, together with a list of the names
    of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the
    bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining
        whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be
        required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any
        adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.  [Other provisions as needed]

Representation of Debtor in all Motions filed in this case including but not limited to, Motions to lift modify or annul stay, dismiss the case, convert the case, sell or abandon property of the estate.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in any adversary proceedings.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/31/2023

*Date*

/s/ Carleen Cignetto, 6192783

*Signature of Attorney*

Johnson Legal Group

*Name of law firm*

140 S. Dearborn St.
Ste. 1510
Chicago, IL 60603



Cindy M. Johnson
CJohnson@JNLegal.net

Carleen L. Cignetto
CCignetto@JNLegal.net

September 7, 2022

**VIA EMAIL ATTACHMENT**
Illinois Sports Gaming, LLC
c/o Marcus Goering, managing member
1200 Harger Rd., Suite 325
Oak Brook, Illinois 60523
(c/o: mgoering@betindiana.com )

Re:  Our firm's representation of Illinois Sports Gaming, LLC in filing a bankruptcy case

Dear Mr. Goering:

As we recently discussed, our firm would be pleased to represent Illinois Sports Gaming, LLC ("ISG") in its filing of a Chapter 7 bankruptcy case.  We want to thank you for choosing us to work with you.   The purpose of this letter is to confirm our agreement regarding our firm's handling the bankruptcy for ISG.

With respect to our fees, we will perform the work in connection with this matter at for a flat fee of $20,000.00 plus costs of $338.00.  This amount is to be paid in full before our filing of a bankruptcy petition for ISG.

Under the 2007 Illinois Supreme Court case of *Dowling v. Chicago Options Assoc., Inc.* we are required to make certain disclosures to you about the flat fee you will be paying.  A flat fee is a "classic" retainer.  It is earned by our firm immediately when paid by you, and it immediately becomes the property of our firm when paid by you.

We have agreed that our firm will be representing ISG to in its filing of a bankruptcy petition under Chapter 7.  Our representation of you includes (a) review of ISG's financial situation, (b) advice regarding whether and what type of bankruptcy petition to file, (c) review of the LLC agreement to determine what authority is necessary for the filing of a bankruptcy (managing member, all members, etc.) (d) preparation of all necessary LLC authority documents for filing (e) preparation of ISG's petition, schedules, and statement of affairs and other documents required by the court to file its bankruptcy case, (d) representation of ISG at the meeting of creditors held in its bankruptcy case, and (e) responding to the inquiries of ISG's creditors and the case trustee.

140 S. Dearborn St.
Suite 1510
Chicago, IL 60603

312 345 1306
312 345 1308 fax

JNLegal.net

Johnson to Goering
September 7, 2022
Page 2 of 2


We have agreed that this fee arrangement applies only to the services referenced above and that if any other services are necessary, a different arrangement regarding fees will be reached, should our firm choose to handle such representation for SIG.  This fee arrangement includes only attempts to negotiate a resolution of any adversary proceeding before the necessity of an attorney's appearance having to be filed in such matter, and, specifically, does not include representation in any adversary proceedings, including those filed by the case trustee or by creditors.

If you agree to the terms set forth for our representation of ISG, please print this letter, have the managing member of the LLC sign it, and return it to me with the $20,338.00.  Please retain a signed copy for your records.  I look forward to working with you.

Very truly yours,

/s/ Cindy M. Johnson

Cindy M. Johnson

CMJ/cr


Agreed:   ILLINOIS SPORTS GAMING, LLC

By its managing member:

_____
(signature)

Marcus Goering
(print name)